**Jilani Haye JAMA, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 13–1502.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 26, 2013.

Filed: Dec. 31, 2013.

Jilani Haye Jama, Minneapolis, MN, pro se.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Richard M. Evans, Andrew Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jilani Haye Jama petitions for review of an order of the Board of Immigration Ap-

---

peals, which upheld an immigration judge's adverse decision. After careful consideration of the petition, we find no basis for reversal. *See* 8 U.S.C. § 1252(a)(2)(B)(i)-(ii) (no court shall have jurisdiction to review grant or denial of discretionary relief); *Fofanah v. Gonzales,* 447 F.3d 1037, 1040 (8th Cir.2006) (adverse credibility finding was fatal to claims for asylum, withholding of removal, and relief under Convention Against Torture because they were all based upon same discredited testimony). Accordingly, the petition for review is denied. *See* 8th Cir. R. 47B.